IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD A. BENION, AIS # 127893,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 11-0272-WS-C |
| **DEBRA TONEY,** | : |
| Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice as MOOT.

**DONE** this 22nd day of March, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE